**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Justin Travis ADAMS, Defendant–Appellant.**

No. 12–50297.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 30, 2013.

Joey Lynn Blanch, Heather C. Gorman, Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

David W. Fermino, Esquire, Law Offices of David W. Fermino, San Francisco, CA, for Defendant–Appellant.

Justin Travis Adams, Adelanto, CA, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

## MEMORANDUM ***

Justin Travis Adams appeals from the district court's judgment and challenges his guilty-plea conviction and 151–month sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Adams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Adams the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Adams waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to the voluntariness of Adams's plea or any sentencing issue outside the scope of the sentencing appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waivers. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir.2009).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**